IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

REBECCA FOSTER,                                                    PLAINTIFF

v.                                                 CIVIL ACTION NO. 1:04CV203-D-A

COMMISSIONER OF SOCIAL SECURITY,                                   DEFENDANT

## FINAL JUDGMENT

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated May 24, 2005, was on that date served by first class mail upon counsel of record; more than ten days have elapsed since service of the report and recommendation; and no objection has been filed or served by the parties. The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore,

**ORDERED:**

1. That the report and recommendation of the United States Magistrate Judge dated May 24, 2005, is approved and adopted, and the proposed findings of fact and conclusions of law therein set out are adopted as the findings of fact and conclusions of law of the court.

2. This case is dismissed without prejudice pursuant to FED. R. CIV. P. 41(b).

SO ORDERED, this the _20th_ day of _June_ 2005.

_____
UNITED STATES DISTRICT JUDGE